HOLLEY DRIGGS WALCH FINE PUZEY STEIN THOMPSON

1  **HOLLEY, DRIGGS, WALCH, FINE,**
   **PUZEY, STEIN & THOMPSON**
2  MICHAEL R. AYERS, ESQ.
   800 S. Meadows Parkway, Suite 800
3  Reno, Nevada 89521
   Telephone:   775/851-8700
4  Facsimile:   775/851-7681

5  *Attorneys for Defendant NAVIENT SOLUTIONS, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY L. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 3:19-CV-00261-MMD-CBC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR NAVIENT SOLUTIONS, LLC. TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff ANTHONY L. HALL ("Plaintiff") and Defendant NAVIENT SOLUTIONS, LLC, by and through their respective counsel, stipulate and agree to extend the deadline from June 13, 2019 to July 12, 2019, for Defendant NAVIENT SOLUTIONS, LLC ("NSL"), to File an Answer or Otherwise Respond to Plaintiff's Complaint (ECF No. 1.)

On May 16, 2019, Plaintiff filed his Complaint. The claims at issue necessitate additional time for fact-finding. Further, NSL is in the process of acquiring and reviewing all relevant documents so that it can meaningfully respond to the specific allegations contained in Plaintiff's Complaint. Moreover, undersigned counsel was just retained by NSL to defend it in this action, and therefore requires additional time to investigate the allegations and claims asserted against NSL. Plaintiff has no opposition to NSL's request for an extension until July 12, 2019 to file an answer or otherwise respond to Plaintiff's Complaint.

This is the first stipulation for extension of time for NSL to respond to Plaintiff's Complaint and is being made in good faith and not for purposes of undue delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

Dated this 11th day of June, 2019.

**HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON**

*/s/ Michael R. Ayers*
JAMES W. PUZEY, ESQ.
MICHAEL R. AYERS, ESQ.
JOHN SAVAGE, ESQ.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
*Attorneys for Defendant NAVIENT SOLUTIONS, LLC*

Dated this 11th day of June, 2019.

**SIMONS HALL JOHNSTON, PC**

*/s/ Anthony L. Hall*
ANTHONY L. HALL, ESQ.
6490 S. McCarran Boulevard, Suite F-46
Reno, Nevada 89509
*Attorneys for Plaintiff*

**ORDER**

The Stipulation for Extending Deadline for NSL to file an answer or otherwise respond up to and including July 12, 2019 is so ORDERED AND ADJUDGED.

Dated this 14th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2019, I served a copy of the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE FOR NAVIENT SOLUTIONS, LLC TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** upon the party below via electronic service through the United States District Court for the District of Nevada's ECF system:

ANTHONY L. HALL, ESQ.
SIMONS HALL JOHNSTON, PC
6490 S. McCarran Boulevard, Suite F-46
Reno, Nevada 89509
Email: ahall@shjnevada.com

*Attorneys for Plaintiff*

By: /s/ SUSAN M. MATEJKO
An Employee of Holley Driggs Walch Fine, Puzey, Stein & Thompson