ANTHONY L. HALL, Esq.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY L. HALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, a foreign corporation,<br><br>Defendant. | CASE NO.: 3:19-cv-00261-MMD-CBC<br><br>**STIPULATION AND ORDER TO STAY PENDING SETTLEMENT [FIRST REQUEST]** |

Plaintiff Anthony L. Hall ("Plaintiff") and Defendant "Navient Solutions, LLC ("Defendant") (collectively, "the Parties"), by and through their counsel of record, submit the below stipulation and order to stay all proceedings in the above captioned matter. The Parties have reached a tentative settlement and are in the process of preparing a settlement agreement, which they anticipate executing within the next sixty (60) days. The Parties hereby request that the Court stay all proceedings and deadlines related to this matter pending the execution of a settlement document and dismissal. Once the Parties have agreed to the settlement terms, they will jointly file a stipulated motion to dismiss this action.

/ / /

/ / /

/ / /

The foregoing request for stay is made in good faith not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 26th day of August, 2019.

**HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON**
*/s/ Michael R. Ayers*
JAMES W. PUZEY, ESQ.
MICHAEL R. AYERS, ESQ.
JOHN SAVAGE, ESQ.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
*Attorneys for Defendant*

Dated this 26th day of August, 2019.

**SIMONS HALL JOHNSTON, PC**
*/s/ Anthony L. Hall*
ANTHONY L. HALL, ESQ.
6490 S. McCarran Boulevard, Suite F-46
Reno, Nevada 89509
*Attorneys for Plaintiff*

## ORDER

The Parties' Stipulation and request to stay this matter pending settlement and dismissal is hereby granted. The Parties shall have up to and including October 25, 2019 by which to file a notice of dismissal.

It is s ORDERED.

Dated this 27th day of August, 2019.

UNITED STATES DISTRICT JUDGE