ANTHONY L. HALL, Esq.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY L. HALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, a foreign corporation,<br><br>Defendant. | CASE NO.: 3:19-cv-00261-MMD-CBC<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Anthony L. Hall ("Plaintiff") and Defendant Navient Solutions, LLC ("NSL"), by and through their undersigned counsel, hereby stipulate and agree that the above-entitled action shall be dismissed, with prejudice, pursuant to and in accordance with Federal Rule of Civil Procedure 41(a)(2).

DATED this 26th day of September, 2019.

By:   /s/ Anthony L. Hall
ANTHONY L. HALL, Esq.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Plaintiff*

/s/Michael R. Ayers
Michael R. Ayers, Esq.
Mayers@nevadafirm.com
Holley, Driggs, Walch, Fine, Puzey, Stein & Thompson
800 S. Meadows Parkway, Suite 800
Reno, NV 89521
Telephone: (775) 851-8700

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 26, 2019

**PROOF OF SERVICE VIA ELECTRONIC SERVICE**

I, Jennifer L. Smith, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 6490 S. McCarran Blvd., Ste. F-46, Reno, Nevada 89509. I am over the age of 18 years and not a party to this action.

On September 26, 2019 I served the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

JAMES W. PUZEY, ESQ.
MICHAEL R. AYERS, ESQ.
JOHN SAVAGE, ESQ.
HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521

*Attorneys for Defendant*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on September 26, 2019.

　　　　　　　　　　　　　　　　　　/s/ Jennifer L Smith
　　　　　　　　　　　　　　　　　　Jennifer L. Smith